**Order entered October 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00774-CV

### IN RE RUTH TORRES, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-08711**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, petition for writ of prohibition, and petition for writ of injunction.

/s/     ELIZABETH LANG-MIERS
        JUSTICE